PREET BHARARA
United States Attorney for the
Southern District of New York
By: REBECCA S. TINIO
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
T: (212) 637-2774
F: (212) 637-2702

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, on behalf of its agency, the United States Small Business Administration, <br><br> Plaintiff, <br><br> v. <br><br> L CAPITAL PARTNERS SBIC, L.P. <br><br> Defendant. | 12 Civ. 0937 (LAP) |

**NOTICE OF PLAINTIFF'S MOTION FOR ENTRY OF AN ORDER APPROVING AND CONFIRMING THE RECEIVER'S FIRST REPORT FOR THE PERIOD APRIL 19, 2012 THROUGH APRIL 30, 2013**

COMES NOW the United States of America, on behalf of its agency, the United States Small Business Administration ("SBA"), which is the court-appointed receiver ("Receiver") for L Capital Partners SBIC, L.P. ("L Capital"), by Order of this Court entered April 19, 2012, and hereby moves this Court for entry of an Order Approving and Confirming the Receiver's First Report for the Period Beginning April 19, 2012 through April 30, 2013. The Receiver's First Report, detailing the Receiver's activity and requesting approval for the abandonment of collection efforts on two receivership assets, is filed as an exhibit simultaneously herewith.

WHEREFORE, for the reasons more fully described in the Memorandum of Law in support of this Motion filed simultaneously herewith, Plaintiff respectfully requests that the Court grant this Motion and enter the proposed Order submitted as an exhibit to this Motion.

Dated: August 15, 2013  
      New York, New York

Respectfully submitted,

PREET BHARARA  
United States Attorney for the  
Southern District of New York  
Attorney for Defendant the United States  
of America

By:  /s/ *Rebecca S. Tinio*  
REBECCA S. TINIO  
Assistant United States Attorney  
86 Chambers Street, 3rd Floor  
New York, New York 10007  
Telephone: (212) 637-2774  
Facsimile: (212) 637-2702

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of August, 2013, I caused the foregoing Receiver's Motion for an Order Approving and Confirming the Receiver's First Report with exhibit, Memorandum in Support thereof, and proposed Order to be sent to the foregoing via first class mail, postage prepaid, and/or via the Court's electronic notification system:

David A. Winter, Esq.
Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
david.winter@hoganlovells.com
*Counsel for Defendant L Capital SBIC, L.P.*

Arlene Embrey
Trial Attorney
U.S. Small Business Administration
409 Third Street, S.W., Seventh Floor
Washington, D.C. 20416
Arlene.embrey@sba.gov

Dated:  New York, New York
            August 15, 2013

                                        /s/ Rebecca S. Tinio
                                        REBECCA S. TINIO