PREET BHARARA
United States Attorney for the
Southern District of New York
By: REBECCA S. TINIO
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
T: (212) 637-2774
F: (212) 637-2702

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** on behalf of its agency, the United States Small Business Administration, <br><br> Plaintiff, <br><br> v. <br><br> **L CAPITAL PARTNERS SBIC, L.P.,** <br><br> Defendant. | ) ) ) ) ) ) ) ) ) **12 Civ. 0937 (LAP)** ) ) ) ) ) |

**NOTICE OF PLANITIFF'S MOTION FOR ENTRY OF AN ORDER APPROVING THE RECEIVER'S RECOMMENDED DISPOSITION OF CLAIMS AND AUTHORIZING PAYMENT OF APPROVED CLAIMS AND EXPENSES AND ESTABLISHING SUMMARY DISPOSITION PROCEDURES**

COMES NOW the United States of America, on behalf of its agency, the United States Small Business Administration ("SBA"), which is the court-appointed Receiver (the "Receiver") for L Capital Partners SBIC, L.P. ("L Capital") by Order of this Court entered April 19, 2012 (Dkt. No. 14), and hereby moves this Court for entry of an Order approving the Receiver's Recommended Disposition of Claims, Authorizing Payment of Approved Claims, and Establishing Summary Disposition Procedures. In accordance with the Court's Individual Rule of Practice 2(A), the Court waived the requirement for a pre-motion hearing regarding this

1

motion on February 20, 2013 (Dkt. No. 29).

By Order entered November 20, 2012 (Dkt. No. 20), the Court approved the Receiver's recommended procedures for establishing the creditor pool of the L Capital receivership estate. The Receiver has completed the claims review process and is now moving this Court for entry of an Order approving the Receiver's recommended disposition of claims received in response to the claims bar date procedures approved by the Court, authorizing payment of approved claims and establishing summary disposition procedures for objections, if any, to the Receiver's recommendation. A Memorandum in Support of this Motion, the Receiver's Recommended Disposition of Claims, and a proposed Order are being filed simultaneously herewith.

WHEREFORE, for the reasons more fully described in the Memorandum of Law in support of this Motion filed simultaneously herewith, the Receiver respectfully requests that the Court grant this Motion and enter the proposed Order submitted herewith.

Dated: New York, New York
       August 21, 2013

Respectfully submitted,

PREET BHARARA
United States Attorney for the
Southern District of New York
Attorney for Defendant the United States
of America

By: /s/ *Rebecca S. Tinio*
REBECCA S. TINIO
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2774
Facsimile: (212) 637-2702

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 21st day of August, 2013, I caused the foregoing Motion for an Order Approving the Receiver's Recommended Disposition of Claims, Authorizing Payment of Approved Claims and Establishing Summary Disposition Proceedings, Memorandum in Support thereof, Receiver's Recommended Disposition of Claims, and proposed Order with exhibit to be sent to the following via first class mail, postage prepaid, and/or via this Court's electronic notification system:

David A. Winter, Esq.
Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
david.winter@hoganlovells.com

Arlene M. Embrey, Trial Attorney
U.S. Small Business Administration
409 3rd Street, SW
Washington, D.C. 20416
Arlene.embrey@sba.gov

DMLT, LLC
1731 Kings Avenue South,
Brandon, FL  33511

McGladrey, LLP
1185 Avenue of the America,
New York, NY  10

National Registered Agents, Inc.
PO Box 12432
Newark, NJ  07101

Pepper Hamilton, LLP
4000 Town Center, Suite 1800
Southfield, MN 48075.
DLA Piper, LLP
2000 University Avenue

East Palo Alto, CA  94303

Reed Smith, LP
1510 Page Mill Road Suite 110
Palo Alto, CA  94304

Jonathan Leitersdorf and L Capital Management, LP
10 East 53rd, 37th Floor
New York, NY  10022.

Westminster Capital Advisors, LLC
45 Rockefeller Plaza, Suite 2000
New York, NY  10111

U.S. Small Business Administration
409 3rd Street, SW Suite 6300
Washington, DC  20416.

Sightline Healthcare
50 South 6th Street, Suite 1490
Minneapolis, MN 55402

Thunderball Marketing
10 Cragwood Road
Avenel, NJ  07001

Menora Mivatachim Insurance
115 Allenby Street,
Tel Aviv, Israel

Menora Mivatachim Pensions
7 Jabotinsky Street
Ramat Gan, Israel

Shriebman Family Partners
519 Mable Mason Cove
PO Box 177
La Vergne, TN 37086


Dated:  New York, New York
        August 21, 2013


                                        */s/ Rebecca S. Tinio*
                                        REBECCA S. TINIO