PREET BHARARA
United States Attorney for the
Southern District of New York
By: REBECCA S. TINIO
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
T: (212) 637-2774
F: (212) 637-2702

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, on behalf of its agency, the United States Small Business Administration, | ) ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) 12 Civ. 0937 (LAP) ) |
| L CAPITAL PARTNERS SBIC, L.P. | ) ) |
| Defendant. | ) ) ) |

**NOTICE OF PLAINTIFF'S MOTION FOR ENTRY OF AN ORDER LIFTING THE JUDICIAL STAY FOR A LIMITED PURPOSE**

COMES NOW the United States of America, on behalf of its agency, the United States Small Business Administration ("SBA"), which is the court-appointed receiver ("Receiver") for L Capital Partners SBIC, L.P. ("L Capital"), by Order of this Court entered April 19, 2012 (the "Receivership Order"), and hereby moves this Court for entry of an Order lifting the judicial stay and injunction imposed by paragraphs 9 and 10 of the Receivership Order, for the specific limited purpose of allowing one of the Receiver's portfolio concerns, Simparel, Inc., to file a suit against a business competitor and former employees of Simparel in this Court for copyright infringement, trade secret misappropriation, unfair competition and other related claims. The

1

prospective legal proceeding is to be filed separately as a matter unrelated to this receivership administrative action.

 For reasons more fully described in the Memorandum of Law and Declaration of Gerry Poirier filed simultaneously herewith, Plaintiff respectfully requests that the Court grant its Motion and enter the proposed order submitted herewith.

Dated: January 2, 2014  
   New York, New York

Respectfully submitted,

PREET BHARARA  
United States Attorney for the  
Southern District of New York  
Attorney for Plaintiff the United States  
of America

By:  /s/ *Rebecca S. Tinio*  
REBECCA S. TINIO  
Assistant United States Attorney  
86 Chambers Street, 3rd Floor  
New York, New York 10007  
Telephone: (212) 637-2774  
Facsimile: (212) 637-2702

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of January, 2014, I caused the foregoing Plaintiff's Notice of Motion for an Order Lifting the Judicial Stay for a Limited Purpose, Memorandum in Support thereof, Declaration of Gerry Poirier in Support, and proposed Order to be sent to the following via electronic mail and/or via the Court's electronic notification system:

David A. Winter, Esq.
Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
david.winter@hoganlovells.com
*Counsel for Defendant L Capital SBIC, L.P.*

Arlene Embrey
Trial Attorney
U.S. Small Business Administration
409 Third Street, S.W., Seventh Floor
Washington, D.C. 20416
Arlene.embrey@sba.gov

    /s/ *Rebecca S. Tinio*_____