PREET BHARARA
United States Attorney for the
Southern District of New York
By: REBECCA S. TINIO
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
T: (212) 637-2774
F: (212) 637-2702

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br> **on behalf of its agency, the United** <br> **States Small Business Administration,** <br><br> **Plaintiff,** <br><br> **v.** <br><br> **L CAPITAL PARTNERS SBIC, L.P.,** <br><br> **Defendant.** | **12 Civ. 0937 (LAP)** |

**NOTICE OF PLAINTIFF'S MOTION FOR ENTRY OF AN ORDER APPROVING AND**
**CONFIRMING THE RECEIVER'S SECOND REPORT FOR THE PERIOD**
**MAY 1, 2013, THROUGH APRIL 30, 2014**

COMES NOW the United States of America, on behalf of its agency, the United States

Small Business Administration ("SBA"), which is the court-appointed receiver ("Receiver") for

L Capital Partners SBIC, L.P. ("L Capital") by Order of this Court entered April 19, 2012, and

hereby moves this Court for entry of an Order Approving and Confirming the Receiver's Second

Report for the Period Beginning May 1, 2013, through April 30, 2014.  The Receiver's Second

Report, detailing the Receiver's activity, is filed as an exhibit simultaneously herewith.

WHEREFORE, for the reasons more fully described in the Memorandum of Law in support of this Motion filed simultaneously herewith, the Receiver respectfully requests that this Court grant this Motion and enter the proposed Order submitted as an exhibit to this Motion.

Dated: August 20, 2014  
      New York, New York

Respectfully submitted,

PREET BHARARA  
United States Attorney for the  
Southern District of New York  
Attorney for Plaintiff the United States  
of America

By:    _/s/ Rebecca S. Tinio_____  
     REBECCA S. TINIO  
     Assistant United States Attorney  
     86 Chambers Street, 3rd Floor  
     New York, New York 10007  
     Telephone:  (212) 637-2774  
     Facsimile:  (212) 637-2702

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of August, 2014, I caused the foregoing

Plaintiff's Motion for an Order Approving and Confirming the Receiver's Second Report with

exhibit, Memorandum in Support thereof and proposed Order to be sent to the following via

electronic mail, and/or via this Court's electronic notification system:


David A. Winter, Esq.
Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
david.winter@hoganlovells.com


Arlene Embrey
Trial Attorney
U.S. Small Business Administration
409 Third Street, S.W., Seventh Floor
Washington, D.C. 20416
Arlene.embrey@sba.gov


Dated:  New York, New York
        August 20, 2014


                                    __/s/ Rebecca S. Tinio_____
                                    REBECCA S. TINIO