SBA, Receiver for L Capital Partners SBIC, L.P.
The schedule below sets forth receipts and disbursements for the periods 05-01-13 to 04-30-14 and 04-19-12 to 04-30-14, respectively.

| | 05-01-13 to 04-30-14 | 04-19-12 to 04-30-14 |
|---|---:|---:|
| 1. Total Cash on Hand at the Beginning of Period | $ 11,105,121.52 | $ 20,933.10 |
| 2. Receivership Operations | | |
| A. Receipts from Receivership Operations: | | |
| Sale of Assets: | | |
|   OnPath Technologies,, Inc. | 372,762.72 | 11,527,835.52 |
|   Locus Pharmaceuticals, Inc. | 152,594.31 | 152,594.31 |
| Sub-total Sale of Assets: | $ 525,357.03 | $ 11,680,429.83 |
| Other Receipts: | | |
|   Interest Earned from Cash Accounts | 118.62 | 164.01 |
| Sub-total Other Receipts: | $ 118.62 | $ 164.01 |
| Total Receipts from Receivership Operations | $ 525,475.65 | $ 11,680,593.84 |
| B. Disbursements from Receivership Operations: | | |
| Operational Disbursements: | | |
|   Agent Fees | 97,470.00 | 184,328.00 |
|   Accounting/Bookkeeping Fees | 96,471.54 | 180,683.25 |
|   Legal Services | 34,352.50 | 56,857.63 |
|   Rent/Overhead Allocation | 26,016.44 | 49,286.77 |
|   Trustee Fees/Bank Charges | 15,691.18 | 23,995.16 |
|   IT Systems Support Expenses | 11,094.90 | 22,376.58 |
|   Administrative Services | 3,473.27 | 15,854.73 |
|   Valuation Fees | 11,500.00 | 15,250.00 |
|   Travel Expenses | 4,266.36 | 9,516.62 |
|   Advertising {Including Bar Date Notice} | | 5,788.00 |
|   Deposit on Receivership Office Space | 4,000.00 | 4,000.00 |
|   Photocopy/Document Production Expenses | | 3,105.00 |
|   Delivery Services | 128.84 | 2,011.19 |
|   Filing Fees | 20.75 | 818.55 |
|   Record Storage Expenses | 243.18 | 791.80 |
|   Office Supplies | | 497.95 |
|   Investigative / Research Fees | | 497.50 |
|   Corporate Compliance | 198.80 | 198.80 |
|   Postage / Certified Mail Expenses | 90.40 | 90.40 |
|   Communication Expenses | 23.19 | 23.19 |
| Sub-total Operational Disbursements: | $ 305,041.35 | $ 575,971.12 |
| Other Disbursements {Non-Operational}: | | |
|   Simparel, Inc. {Add-On Investment} | 770,000.00 | 770,000.00 |
| Sub-total Other Disbursements {Non-Operational}: | $ 770,000.00 | $ 770,000.00 |
| Total Disbursements from Receivership Operations | $ 1,075,041.35 | $ 1,345,971.12 |
| Net Cash Gain/{Loss} from Receivership Operations | $ (549,565.70) | $ 10,334,622.72 |
| 3. Borrowing for Receivership Operations | | |
| Receiver Certificate Obtained {from SBA} | | 200,000.00 |
| Receiver Certificate {Paid with Interest} to SBA | $ 236,547.95 | $ 236,547.95 |
| 4. Distributions | | |
| Payment On Judgment {to SBA} | 6,270,343.02 | 6,270,343.02 |
| Payment On Notes {to SBA} | 1,904,681.00 | 1,904,681.00 |
| Bar Date Claims {Paid} | 214,674.12 | 214,674.12 |
| Total Distributions Issued | $ 8,389,698.14 | $ 8,389,698.14 |
| 5. Total Cash on Hand for Period Ended April 30, 2014 | $ 1,929,309.73 | $ 1,929,309.73 |